

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,096-01

### EX PARTE JOHNNIE E. DUNNING, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-371-W011694-0632435-A IN THE 371ST DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Applicant contends that he filed supporting exhibits under seal, including a motion, order, and a CD, but these exhibits have not been forwarded to this Court.

The district clerk shall either forward to this Court these exhibits or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: April 2, 2020
Do not publish